# THE LAW OFFICE OF JEFF CHABROWE

*521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.736.3910*

November 27, 2023
via ECF

The Hon. Robert W. Lehrburger
Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18D.
New York, NY 10007-1312

    Re: *U.S. v. Brandon Santanoo*, Case #: 1:23-mj-07139-UA-1
    Letter Motion for Extension of Bail Signator Deadline

Dear Judge Lehrburger:

  I am the attorney of record for Mr. Brandon Santanoo in the above case. Mr. Santanoo was arraigned two weeks ago. An appearance bond has been approved. We were required to get two financially responsible co-signers approved by today. Given the intervening holiday weekend, we would like to request a one-week extension to obtain those co-signers and get final approval by the government. We are working with the government, and they advise they consent to this extension. Therefore, we request the deadline for obtaining co-signators be extended until December 4, 2023.

  Thank you for your consideration.

Application GRANTED. Deadline to obtain co-signors extended to Dec. 4, 2023.

SO ORDERED.

*[signature]*
USMJ 11/27/23

Respectfully,

*Jeff Chabrowe*
**JEFFREY CHABROWE, ESQ.** (NY #3001328)
**LAW OFFICES OF JEFFREY CHABROWE**
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
*Counsel for Defendant Brandon Santanoo*

cc: Stephanie Simon, Esq.
  Assistant U.S. Attorney
  Southern District of New York
  stephanie.simon2@usdoj.gov