UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 23 Mag. 7139 |
| BRANDON SANTANOO, | |
| Defendant. | |

Upon the application of the United States of America and the affirmation of Stephanie Simon, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with a violation of 18 U.S.C. §§ 1344, 1349, 1028A, and 2, in a complaint dated November 8, 2023, and was served with a summons on November 9, 2023:

It is further found that the defendant was presented before Magistrate Judge Robert W. Lehrburger in this District on November 12, 2023, and was released on bail on the following conditions: $75,000 personal recognizance bond, to be co-signed by two financially responsible persons; travel restricted in the SDNY/EDNY; surrender travel documents and no new applications; pretrial supervision as directed through pretrial services; no new financial bank accounts, credit cards, lines of credit or loans; not to possess identification of others, other than as required by work; no contact with witnesses or victims unless in the presence of counsel;

It is further found that Jeffrey Chabrowe, Esq., counsel for defendant, and Assistant United States Attorney Stephanie Simon have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through

counsel, has consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until May 10, 2024, and that a copy of this Order and the affirmation of Assistant United States Attorney Stephanie Simon be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       April  3 , 2024

_____
UNITED STATES MAGISTRATE JUDGE